# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CIVIL ACTION NO: 11-591-LPS ) ) |
| STATE OF DELAWARE, | ) ) |
| Defendant. | ) ) ) |

## ORDER ENTERING SETTLEMENT AGREEMENT

The United States and the State of Delaware have determined that entering into a Settlement Agreement concerning the rights of individuals in Delaware with serious and persistent mental illnesses to be served in the most integrated settings appropriate to their needs, rather than contested litigation, is the best way to resolve the United States' claim in this matter.

After reviewing the Settlement Agreement, and in consideration of the parties' Joint Motion for Entry of Settlement Agreement, the Court hereby

ORDERS that the parties' Joint Motion is GRANTED; and the Court further

ORDERS that the Settlement Agreement shall be entered as an order of the Court; and the Court further

ORDERS that the Court shall retain jurisdiction over this case to enforce the terms of the Settlement Agreement until this case is dismissed; and the Court further

1

ORDERS that the Court shall have the power to enforce the Settlement Agreement through all remedies that the law permits.

IT IS SO ORDERED.

DATED this 15th day of July, 2011.

_____
UNITED STATES DISTRICT JUDGE